**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

13 JAN -4 AM 11:10

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JUNIOR BELEN SANCHEZ-HERNANDEZ (02)

                Defendant.

CASE NO. 12CR4806-IEG

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: ___8 USC 1324(a)(2)(B)(iii) and 18 USC 2___.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: JANUARY 3, 2013

                                         RUBEN B. BROOKS
                                         UNITED STATES MAGISTRATE JUDGE

                                         ENTERED ON _____